# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEFF POOLE,**
Appellant,

v.

**BOARD OF TRUSTEES OF THE CITY OF POMPANO BEACH POLICE AND FIREFIGHTERS RETIREMENT SYSTEM,**
Appellee.

No. 4D17-3521

[January 17, 2019]

Administrative Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County.

Benedict P. Kuehne, Michael T. Davis and Susan Dmitrovsky of Kuehne Davis Law, P.A., Miami, and Ronald J. Cohen of Rice Pugatch Robinson Storfer & Cohen, PLLC, Fort Lauderdale, for appellant.

Ivelisse Berio Lebeau and Robert S. Sugarman of Sugarman & Susskind, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***